UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Garrett E. Brown, Jr. |
| v. | : | Criminal No. 06-882 |
| WILLIAM R. CONNALLON, | : | |
| | : | ORDER REGARDING JUDGEMENT |

RECEIVED
APR 2 3 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

THIS MATTER having come before the Court on the motion of Christopher J. Christie, United States Attorney for the District of New Jersey (Andrew Carey, Assistant United States Attorney, appearing); and upon notice to defense counsel James Murphy who has no objection, for an Order to amend the restitution portion of the Judgement of Conviction in the above-captioned case;

IT IS, on this 22nd day of APRIL, 2008,

ORDERED that the Judgement of Conviction for defendant WILLIAM R. CONNALLON is hereby modified as follows:

    a) the loss amount due to Key Bank, N.A. is $1,960,311.02; and

    b) the total amount of restitution to all victims is $6,914,131.02.

HONORABLE GARRETT E. BROWN, JR.
United States District Judge